# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. KEEVERN, | ) Case No: 12-cv-00555-JAK-DTB |
| Plaintiff, | ) *Honorable John A. Kronstadt* |
| v. | ) |
| WELLS FARGO BANK, N.A., a business entity form unknown, FIDELITY NATIONAL TITLE INSURANCE COMPANY, a business entity form unknown, and Does 1to100, | ) **JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A.** |
| Defendants. | ) **Hearing Date** <br> Date:   November 5, 2012 <br> Time:   8:30 a.m. <br> Ctrm:   750 |

On November 5, 2012, the Motion to Dismiss of Defendant WELLS FARGO BANK, N.A.'s ("Wells Fargo") to the First Amended Complaint of Plaintiff MICHAEL J. KEEVERN ("Plaintiff") came before the Honorable John A. Kronstadt. This Court having granted Wells Fargo's Motion to Dismiss, and ordered that the entire action be dismissed with prejudice, hereby enters judgment as follows:

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, Wells Fargo, and against Plaintiff, MICHAEL KEEVERN.

**IT IS SO ORDERED.**

Dated:  December 28, 2012

_____

Honorable John A. Kronstadt
Judge of the District Court

-1-